UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUANITA P. RIVERA, </br>  Plaintiff, </br> v. </br> MICHAEL J. ASTRUE, </br> Commissioner of Social Security, </br>  Defendant. | No. EDCV 09-2268 FFM </br></br> JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated October 28, 2010.

DATED:  October 28, 2010

 /S/ FREDERICK F. MUMM 
FREDERICK F. MUMM
United States Magistrate Judge